**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| MAURICIO DYER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:11-0183 |
| | ) | Judge Trauger |
| MONTGOMERY COUNTY POLICE | ) | Magistrate Judge Griffin |
| DEPARTMENT, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

On March 23, 2011, the Magistrate Judge issued a Report and Recommendation (Docket

No. 9), to which no timely objections have been filed. The Report and Recommendation is

therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For

the reasons expressed therein, it is hereby **ORDERED** that this case is **DISMISSED** pursuant to

28 U.S.C. § 1915(e)(2). Any appeal from this ruling would not be in good faith under 28 U.S.C.

§ 1915(a)(3).

The entry of this Order constitutes the judgment in this case.

It is so **ORDERED.**

Enter this 25th day of May 2011.

_____
ALETA A. TRAUGER
U.S. District Judge